IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EUPHRATES EARL BEAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:18-CV-521-WKW [WO] |
| CITY OF MONTGOMERY, ALABAMA U.S.A., | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

On July 9, 2018, the Magistrate Judge filed a Recommendation (Doc. # 8) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Magistrate Judge's Recommendation (Doc. # 8) is ADOPTED and Plaintiff Euphrates Reparation, LLC., is DISMISSED as a party to this action.

It is further ORDERED that this case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 25th day of July, 2018.

                                    /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE