IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EUPHRATES EARL BEAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:18-CV-521-WKW [WO] |
| CITY OF MONTGOMERY, ALABAMA U.S.A., | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

It is ORDERED that the court's July 25, 2018 Order (Doc. # 10) is VACATED.

On July 9, 2018, the Magistrate Judge filed a Recommendation (Doc. # 8) that Plaintiff Euphrates Reparation, LLC, be dismissed as a party to this action. Plaintiff Euphrates Earl Bean timely filed an objection (Doc. # 9), but his objection is without merit and warrants no further discussion.

Accordingly, upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. Mr. Bean's objection (Doc. # 9) is OVERRULED;

2. The Magistrate Judge's Recommendation (Doc. # 8) is ADOPTED;

3. Plaintiff Euphrates Reparation, LLC, is DISMISSED as a party to this action; and

4. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 26th day of July, 2018.

                                           /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE