IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
Civil Rights DIVISION

RECEIVED
2018 SEP -4 P 12: 34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Euphrates Earl Bean )
)
)
Plaintiff(s), ) CIVIL ACTION NO. 2:18-cv-00521-WKW-TFM
)
) JURY DEMAND (MARK ONE)
)
v. ) ☐ YES  ☑ NO
City of Montgomery, Alabama U.S.A )
)
)
Defendant(s).

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 3240 Lyons Ave. Apt.#B Norfolk, VA 23509 / 334-403-2469

2. Name and address of defendant(s): City of Montgomery, Alabama U.S.A 103 N. Perry St. Montgomery, AL 36104-3728

3. Place of alleged violation of civil rights: 8125A Atlanta Hwy. Montgomery, Alabama 36117

4. Date of alleged violation of civil rights: September 08, 2016

5. State the facts on which you base your allegation that your constitutional rights have been violated: 14th amendment equal protection of the law to all citizens; 13th Amendment slaved about 15 hours
Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law with use of a firearm (1st,4th,5th and 14th Amendments)
Title 18, U.S.C., Section 241 - Conspiracy Against Rights (Officer threatened plaintiff in court, police officers literally followed
plaintiff through out Montgomery, AL USA after the false arrest) 8th Amendment no crime equals no bail/excessive
Title 42, U.S.C., Section 14141 - Pattern and Practice a. Excessive Force b. Discriminatory Harassment c. False Arrest d. Unlawful Stops, Searches, or Arrests
7th Amendment Magistrate misfeasance indicating signature bond instead of cash bond issuing 26 outstanding warrants on the plaintiff
6th Amendment nature and cause misinformation conspired from illegally parked to not standing-up to disorderly conduct

1

2:18-cv-00521-WKW-TFM

6. Relief requested: Lifetime cost of prescription medications $2,000,000; $350,000 for wrongful seizure of property;

$750,000 for unreasonable force; $850,000 for false arrest, malicious prosecution, and withholding exculpatory evidence;

$465,000 for failure to provide medical treatment; $3,000,000 for pain and suffering; $3,000,000 for injuries

$3,320,000 for unlawful detention;

$5,000,000 for emotional distress (Afraid to go to the gym or out in public has gained 80 pounds since the unlawful attack) PTSD

$110,029 annually to recoup loss of past and future income due to disabling injuries under color of law 2016 - 2052 based on an

average life expectancy of a black male being 36 years old at the time of injury (72 years old) equals $3,600,000

All relief amounts are net, after taxes. All relief multiplied by 10 for hate crime committed under color of law.

I agree to suppress all and any communication of the event, moving forward.

Date: August 31, 2018            Euphrates Earljean
                                 _____
                                 Plaintiff(s) Signature

2

1. **1st Amendment** violated; Congress shall make no law abridging the freedom of speech
    a. The plaintiff made no threat to the defendant's safety.
    b. Plaintiff was handcuffed, called the defendant a Klansman, and suffered a beating
2. **4th Amendment** violated; and warrants issued without probable cause
    a. Plaintiff was arrested for exercising the liberty and right to use property (Affidavit)
    b. Plaintiff exercised liberty with the highest degree of care and did not resist the unlawful arrest.
3. **5th Amendment** violated; nor be deprived of life, liberty, or property without due process of law
    a. Defendants created a false vehicle impound report to deprive the plaintiff of property under color of law. (Vehicle Impound Report# 2016-25772) Seamon Wrecker Service (P.O.#25772) (Invoice #36415-1)
    b. Defendant conspired and changed the cause of tow from illegally parked, to no tag / safe streets. (Deposition and Cause for impound)
    c. When a government harms a person without following the exact course of the law, this constitutes a due process violation, which offends the rule of law.
4. **6th Amendment** violated; to be informed of the nature and cause of the accusation
    a. Plaintiff was verbally informed of the nature and cause of the accusation as not standing-up, after being injured in police custody (Body Camera).
    b. Defendant conspired and changed the nature and cause of accusation to Disorderly Conduct.
5. **7th Amendment** violated; where the value in controversy shall exceed $20
    a. Magistrate documented signature bond instead of $35 cash bond required for release as documented in the Case Summary payments. (Misfeasance)
    b. Paid to retrieve property from impound
6. **8th Amendment** violated; no excessive bail, nor cruel and unusual punishments inflicted.
    a. No priors and local to the community; a signature bond is standard
    b. The plaintiff was not offered a place to stool or urinate for 15 hours of cruel and unusual punishment.
    c. Plaintiff not guilty, any fine is excessive
7. **13th Amendment** violated; neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted
    a. Neither nor are idioms used to introduce alternatives which are **BOTH** negative in formal writing i.e. The Constitution and The Declaration
    b. Involuntary servitude is a mutually inclusive probability of slavery.
    c. A slave is captive, deprived of personal liberty, and the right to move about geographically as desired...i.e. arrested, captive etc.
    d. Formally! Slavery precedes involuntary servitude, in that order.
    e. The defendant slaved the plaintiff for about 15 hours without being duly convicted and having no prior convictions.
8. **14th Amendment** violated; Section 1 –
    a. Due process of the State and equal protection of the law to all citizens.

2:18-cv-00521-WKW-TFM

1. The white male defendant referenced towing a vehicle that was illegally parked.
    a. The black male plaintiff's vehicle was legally parked. (See Affidavit)
2. The black male plaintiff asked the white male defendant, "may I help you?"
    a. The defendant removed his body camera and attacked the plaintiff.
    b. The defendant put his camera back on after attacking the plaintiff.
    c. The defendant falsely stated in municipal court that he never had a body camera.
3. The white male defendant deprived the black male plaintiff of citizen's rights without due process of law.
    a. The defendant admits no one was attacked and cited no violations while arresting and detaining the black male plaintiff for attempting to exercise his legal rights to personal/business property and leave the area. (Deposition)
4. The white male defendant deprived the black male plaintiff of liberty rights, at gunpoint.
5. The white male defendant swore in deposition. The black male plaintiff, "was taken into custody without further incident" upon arrival of another duty officer. However, the defendant maliciously injured the plaintiff and conspired an arrest to hide the hate crime committed under color of authority and law.
    a. The hate crime conspiracy, deprivation of rights and injuries to the black male plaintiff, under color of authority and law are obvious: (View Dash Cam, Deposition & Medical notes)
        i. Knee
        ii. Lower back
        iii. Both elbows
        iv. Concussion
        v. PTSD
6. The compliant black male plaintiff suffered a concussion, two herniated disk, torn muscles and mental trauma.
    a. Medical attention for the plaintiff was not offered. (Non-feasance)
    b. The defendant conspired under color of law via false arrest for not standing-up to hide the unlawful and unreasonable force (Malice and malfeasance)
    c. The defendants took the black male plaintiff to jail, for being injured. (Malice, malfeasance and nonfeasance)
    d. Defendants conspired a new cause for stealing the property; no tag/Safe Streets. (Misfeasance)
7. At the jail, plaintiff was forced to reveal the genitals to guards.
    a. The plaintiff was locked into a solitary holding cell without food, water, a stool, urinal, or being processed.
    b. The plaintiff was a slave for about 15 hours
8. The white male defendant racially profiled the black male plaintiff, made a mockery of justice, and committed a hate crime under color of authority and law.
    a. Plaintiff not even 1% at fault.
    b. Hate crime.

2:18-cv-00521-WKW-TFM

To whom it may concern,

      The Plaintiff is currently 90% disabled because of the hate crime and injuries from the hate crime. Unable to work, due to PTSD, Sleep Apnea, Two Herniated Discs, Damage to the right Knee, prescribed psycho-active & pain medication, the Plaintiff deserves to be made whole.

      Please ensure protective provisions in the judgement and other measures via no taxes due for any award. Also, allow for shaping the relief of lost income for both past and future at the rate of $110,029 annually for The Plaintiff and include the hate multiplier of 10 yearly for 36 years. The Plaintiff is currently 90% disabled and was targeted under color of authority and law.

RECEIVED 2018 SEP -4 P 12: 34 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA