IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EUPHRATES EARL BEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 2:18-CV-521-WKW |
| CITY OF MONTGOMERY, | ) | [WO] |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On May 2, 2019, the Magistrate Judge filed a Recommendation (Doc. # 25) that Defendant's motion for summary judgment (Doc. # 20) be granted and that Plaintiff's motion titled "the municipality to pay claim to pro se eggshell Plaintiff Euphrates E. Bean" (Doc. # 23) be denied. The court construes Plaintiff's May 9, 2019 nonsensical "motion hear summary judgement with the right to appeal" (Doc. # 26) as a timely objection to the Recommendation.

Upon an independent and *de novo* review of the record and Recommendation, *see* 28 U.S.C. § 636, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 25) is ADOPTED;

2. Defendant's motion for summary judgment (Doc. # 20) is GRANTED.

3. Plaintiff's motion titled "the municipality to pay claim to pro se eggshell Plaintiff Euphrates E. Bean" (Doc. # 23) is DENIED; and

4.    Plaintiff's objections (Doc. # 26) are OVERRULED.

Final judgement will be entered separately.

DONE this 7th day of June, 2019.

                                                    /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE