IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EUPHRATES EARL BEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 2:18-CV-521-WKW |
| CITY OF MONTGOMERY, | ) | [WO] |
| | ) | |
| Defendant. | ) | |

## **FINAL JUDGMENT**

In accordance with the Order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that Judgment is entered in favor of Defendant and against Plaintiff and that Plaintiff take nothing from his suit.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 7th day of June, 2019.

                                            /s/ W. Keith Watkins
                             UNITED STATES DISTRICT JUDGE